PLANNING AND ZONING COMMISSION OF THE TOWN
OF LEBANON *v.* LEIGH RIDER ET AL.
(12915)

O'CONNELL, HEIMAN and SPEAR, Js.

Argued April 25—decision released May 23, 1995

*Thomas A. Manning,* for the appellants (defendants).

*Mary E. Driscoll,* with whom, on the brief, was
*Edward B. O'Connell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.